**FILED**

APR 23 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

1  Mark R. Figueiredo, Esq. (State Bar No. 178850)
2  Jaclyn M. Ford, Esq. (State Bar No. 272641)
   STRUCTURE LAW GROUP, LLP
3  1754 Technology Drive, Suite 135
   San Jose, California 95110
4  Telephone: (408) 441-7500
   Facsimile: (408) 441-7501
5  Email: mrf@structurelaw.com
   Email: mford@structurelaw.com
6
   Attorneys for Defendants
7  FINANCIAL KNOWLEDGE NETWORK, LLC
   And LYNDSAY MILLS
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11  ALICIA BEALS, an individual,          CASE NO. C14-00446 HRL

12                Plaintiff,              NOTICE OF SUBSTITUTION OF
13        v.                             COUNSEL FOR DEFENDANTS
                                         FINANCIAL KNOWLEDGE NETWORK,
14  FINANCIAL KNOWLEDGE NETWORK,         LLC AND LYNDSAY MILLS
    LLC, a California Limited Liability
15  Company, LYNDSAY MILLS, an           [PROPOSED] ORDER
    individual, and DOES 1 through 10,
16  inclusive,                           (RE: DKT. No. 10)
17
18                Defendants.

19        TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR
20
    COUNSEL OF RECORD:
21
          Please take notice that Defendants Financial Knowledge Network, LLC and Lyndsay
22
    Mills hereby substitute Structure Law Group, LLP in place of Hopkins & Carley, ALC as its
23
    counsel of record in this action.  The contact information for new counsel is as follows:
24
          Mark R. Figueiredo, Esq. (mrf@structurelaw.com)
25        Jaclyn M. Ford, Esq. (jford@structurelaw.com)
          STRUCTURE LAW GROUP, LLP
26        1754 Technology Drive, Suite 135
          San Jose, CA 95110
27        Telephone: (408) 441-7500
28        Facsimile: (408) 441-7501

                                  - 1 -
NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS FINANCIAL KNOWLEDGE NETWORK,
LLC AND LYNDSAY MILLS; [PROPOSED] ORDER

1   Dated: April 23, 2014                STRUCTURE LAW GROUP, LLP

2

3                                        By:

4                                        Mark R. Figueiredo, Esq.
                                         Attorneys for Defendants
5                                        FINANCIAL KNOWLEDGE NETWORK,
                                         LLC and LYNDSAY MILLS
6
    I consent to the above substitution.
7

8
    Dated: April 23, 2014                HOPKINS & CARLEY
9

10                                       By: Daniel F. Pyne

11                                       Daniel Francis Pyne, III

12

13  Dated: April 21, 2014                FINANCIAL KNOWLEDGE NETWORK, LLC

14

15                                       By:

16                                       Lyndsay Mills, Managing Member

17  Dated: April 21, 2014                LYNDSAY MILLS

18

19                                       By:

20                                       Lyndsay Mills

21

22  IT IS SO ORDERED.

23

24  Dated: 4/23/14

25                                       Honorable Howard R. Lloyd
                                         United States Magistrate Judge
26

27

28

                                    - 2 -