1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALICIA BEALS, an individual, | Case No. 5:14-cv-00446 HRL |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| FINANCIAL KNOWLEDGE NETWORK, LLC, a California Limited Liability Company; LYNDSAY MILLS, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated.

**On or before June 30, 2014**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **July 22, 2014, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **July 15, 2014**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the

1  Order to Show Cause hearing will be automatically vacated and the parties need not file a
2  statement in response to this Order.
3      **SO ORDERED**.
4  Dated:   May 16, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:14-cv-00446-HRL Notice has been electronically mailed to:

Mark Figueiredo    mrf@structurelaw.com, JFord@structurelaw.com, mhoang@structurelaw.com

Megan E. Ross    mross@michaeltracylaw.com

Michael Lion Tracy    mtracy@michaeltracylaw.com, calendar@michaeltracylaw.com

3